Case Name:  GOLDEN, CHARLES R.
            GOLDEN CONSTRUCTION CO.
Case No:    08-71869

# **CERTIFICATION OF REVIEW**

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 20, 2008    WILLIAM T. NEARY
              United States Trustee, Region 11


         BY: */s/ Carole J. Ryczek*
            CAROLE J. RYCZEK
            Attorney for the U.S. Trustee